Hon. Rebecca L. Pennell

Victoria L. Vreeland, WSBA No. 08046
VREELAND LAW PLLC
P.O. Box 6008
Bellevue, WA 98008
Tel: (425) 626-2401
Fax: (425) 324-9411
Email: vicky@vreeland-law.com
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRENDA FRIAS PEREZ, GLORIA GUIZAR NEGRETTE, PATRICIA LOZANO, and ORALIA GUTIERREZ-VERDUZCO,<br><br>               Plaintiffs,<br><br>     v.<br><br>RITCHIE LAW, PLLC, a Washington Professional Limited Liability Company d/b/a RITCHIE REIERSEN INJURY AND IMMIGRATION ATTORNEYS; BRANDON M. RITCHIE; individually and his marital community; and ERIC K. REIERSEN, individually, and his marital community,<br><br>               Defendants. | NO. 4:24-cv-05107-RLP<br><br>**NOTICE OF SETTLEMENT** |

VREELAND LAW PLLC
P.O. BOX 6008
BELLEVUE, WASHINGTON 98008
(425) 626-2401

The parties through their counsel of record respectfully notify this Court that they have agreed to settlement terms memorialized in a Memorandum of Agreement for Settlement (MOA) dated July 23-24, 2025.  The parties have agreed to complete and execute the final full Settlement Agreement and Release within no more than fifteen (15) days from the date of the MOA.  A Stipulation of Dismissal With Prejudice will then be submitted to the Court.

DATED this 29th day of July 2025.

VREELAND LAW PLLC

*s/ Victoria L. Vreeland*
Victoria L. Vreeland, WSBA No. 08046
vicky@vreeland-law.com
*Attorney for Plaintiff*

DAVIS WRIGHT TREMAINE LLP

*s/ Matthew Jedreski*
Matthew Jedreski, WSBA No. 50542
mjedreski@dwt.com
*Attorney for Defendants*

**VREELAND LAW PLLC**
P.O. BOX 6008
BELLEVUE, WASHINGTON  98008
(425) 626-2401

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on July 29, 2025,  I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system:

### NOTICE OF SETTLEMENT

and served a copy in the manner indicated on the persons below:

| | |
|---|---|
| Matthew Jedreski, WSBA #50542<br>Rebecca Shelton, WSBA #55711<br>Alysa Mo, WSBA #62857<br>DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Ave., Suite 3300<br>Seattle, WA  98104-1610<br>Tel: 206-622-3150<br>mjedreski@dwt.com<br>rebeccashelton@dwt.com<br>alysamo@dwt.com<br>*Attorneys for Defendants* | **Via Email** |

DATED this 29th day of July 2025.


By: *s/ Zan Ferguson*
       Zan Ferguson,
       Paralegal/Administrator
       VREELAND LAW PLLC
       P. O. Box 6008
       Bellevue, WA  98008
       Tel:  (425) 626-2401
       Email:  zan@vreeland-law.com