AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRENDA FRIAS PEREZ, GLORIA GUIZAR NEGRETTE, PATRICIA LOZANO, ORALIA GUTIERREZ-VERDUZCO )
*Plaintiff* )
v. )  Civil Action No. 4:24-cv-05107-RLP
RITCHIE LAW PLLC, a Washington Professional Limited Liability Company d/b/a Ritchie Reiersen Injury and Immigration Attorneys )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No. 35, and to Rule 41(a) and the parties' stipulation at ECF No. 34, this action is DISMISSED with prejudice.
Judgment of Dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rebecca L. Pennell.

Date: 8/14/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony